```
                                                              FILED
                                                    2017 Aug-23 AM 10:22
                                                     U.S. DISTRICT COURT
                                                       N.D. OF ALABAMA
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONALD ROSCOE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:15-cv-00600-KOB-JHE |
| WARDEN W. T. TAYLOR, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On July 21, 2017, the magistrate judge entered a Report and Recommendation, (doc. 28), recommending that the petition for writ of habeas corpus be dismissed with prejudice for lack of jurisdiction. No party has filed any objections.

After considering the entire file in this action, together with the report and recommendation, the court hereby **ADOPTS** the magistrate judge's report and ACCEPTS his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

The court will enter a separate Final Order.

DONE and ORDERED this 23rd day of August, 2017.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE